IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR251 |
| V. | ) | |
| LAURENCE MCCABE, | ) | ORDER |
| Defendant. | ) | |

Upon oral motion of both lawyers, and understanding that a diversion agreement has been entered into by and between the defendant and the government,

IT IS ORDERED that trial of this matter is continued until June 16, 2014. The time between today's date and the date of trial is excluded under the provisions of the Speedy Trial Act in order to allow the defendant to perform his agreed upon obligations under the diversion agreement. *See*, *e.g.*, 18 U.S.C. § 3161(h)(7)(A)-(C). No later than June 9, 2014, counsel for the government shall notify the undersigned whether this case will proceed to trial.

DATED this 12th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge