IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR251 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LAURENCE MCCABE, | ) | |
| | ) | |
| Defendant. | ) | |

The government intends to file a motion to dismiss indictment. Therefore,

IT IS ORDERED that this matter is removed from the trial docket until further order of the court.

Dated June 13, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge