IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR251 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LAURENCE McCABE, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the plaintiff's motion for dismissal (filing 49) is granted. The Indictment is dismissed without prejudice.

   Dated June 19, 2014.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge